Submitted March 29, affirmed May 12, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*
*v.*
KHAYLA KRISTINE SWANSON,
*Defendant-Appellant.*

Lane County Circuit Court
17CR63768; A171759

486 P3d 863

Maurice K. Merten, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Sarah De La Cruz, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Colm Moore, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Aoyagi, Judge.

PER CURIAM

Affirmed. *State v. Colgrove*, 308 Or App 401, 480 P3d 1026 (2021); *State v. Canales*, 301 Or App 668, 458 P3d 720, *rev den*, 366 Or 552 (2020).